Noah G. Hillen, ISB No. 7690
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 6538
Boise, ID 83707
Telephone (208) 297-5774
Facsimile (208) 297-5224
ngh@hillenlaw.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 19-00603-TLM |
|---|---|
| CHRISTENSEN, DOROTHY M. | Chapter 7 |
| Debtor. | **TRUSTEE'S FIRST AMENDED OBJECTION TO EXEMPTION AND WITHDRAWAL OF SECOND OBJECTION TO EXEMPTION** |

**NOTICE OF OBJECTION AND OPPORTUNITY TO OBJECT AND FOR A HEARING**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **14** days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

TO THE ABOVE NAMED COURT, THE DEBTORS AND DEBTORS' ATTORNEY:

**NOTICE**

YOU ARE HEREBY NOTIFIED that the Trustee of the above estate objects to the following exemption(s) claimed by the debtor(s) in this proceeding:

| Asset | Specific Law | Value of Exemption |
|---|---|---|
| IRA: Edward Jones | C.C.P. § 703.140(b)(5) | $7,000 |

**TRUSTEE'S FIRST AMENDED OBJECTION TO EXEMPTION AND WITHDRAWAL OF SECOND OBJECTION TO EXEMPTION - 1**

YOU ARE FURTHER NOTIFIED that the Trustee will ask the Court to grant an Order sustaining the objection(s) without further hearing unless a written reply to the Trustee's objection is filed in duplicate within fourteen (14) days from the date this objection is mailed. File the original (1) with the U.S. Bankruptcy Court, 550 W. Fort St., MSC 042, Boise, ID 83724; and (2) a copy with the Trustee. A written response to the Trustee's objection must be set for hearing and notice thereof mailed to parties in interest.

## FIRST AMENDED OBJECTION

Debtor was not eligible to contribute the $7,000 deposited into the IRA. IRC § 219(b)(1)(A) permitted Debtor to contribute to the IRA the lesser of $7,000 or "an amount equal to the compensation includible in the individual's gross income for such taxable year." Debtor has earned no taxable income in 2019. As such, the maximum Debtor could contribute to the IRA was $0. The exemption should be disallowed.

Further, on July 22, 2019, Trustee made demand on Debtor for return of the Funds in lieu of Trustee initiating an adversary proceeding to avoid the transfer to the self-settled trust.[1] The Funds are therefore subject to 11 U.S.C. § 522(g). *Glass v. Hitt (In re Glass)*, 60 F. 3d 565, 568-69 (9th Cir. 1995).

## WITHDRAWAL OF SECOND OBJECTION

Trustee hereby withdraws Trustee's Second Objection to Exemption (Dkt. No. 20) based upon Debtor's amended Schedule C.

Date:  August 21, 2019                                                /s/  Noah G. Hillen
                                                                                        Chapter 7 Bankruptcy Trustee

---

[1] Pursuant to 26 U.S.C. § 408(a), an IRA is a "trust created or organized in the United States for the exclusive benefit of an individual or his beneficiaries." *See also In re Zott*, 225 B.R. 160, 168 n.10 (Bankr. E.D. Mich. 1998) (finding that "an IRA is, by nature, a self-settled trust").

**TRUSTEE'S FIRST AMENDED OBJECTION TO EXEMPTION AND WITHDRAWAL OF SECOND OBJECTION TO EXEMPTION - 2**

# CERTIFICATE OF SERVICE

I hereby certify that on this date as indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individuals so noted below. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification*

*Served by U.S. MAIL*

CHRISTENSEN, DOROTHY M.
8660 W PINE VALLEY LANE
BOISE, ID 83709

/s/ Noah G. Hillen
Date: August 21, 2019

**TRUSTEE'S FIRST AMENDED OBJECTION TO EXEMPTION AND WITHDRAWAL OF SECOND OBJECTION TO EXEMPTION - 3**